NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, PATRIOT SCIENTIFIC CORPORATION,**
*Plaintiffs-Appellants*

**v.**

**HUAWEI TECHNOLOGIES CO., LTD., FUTUREWEI TECHNOLOGIES, INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., HUAWEI TECHNOLOGIES USA INC., ZTE CORPORATION, ZTE USA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., NINTENDO CO., LTD., NINTENDO OF AMERICA, INC.,**
*Defendants-Appellees*

———————————

2018-1439, 2018-1440, 2018-1441, 2018-1444, 2018-1445

———————————

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-03865-VC, 3:12-cv-03876-VC, 3:12-cv-03877-VC, 3:12-cv-03880-VC, 3:12-cv-03881-VC, Judge Vince Chhabria.

———————————

## JUDGMENT

———————————

DENISE MARIE DE MORY, Bunsow De Mory LLP, Redwood City, CA, argued for plaintiffs-appellants. Also represented by HENRY CHARLES BUNSOW, AARON HAND, LAUREN NICOLE ROBINSON.

MARK D. FOWLER, DLA Piper LLP (US), East Palo Alto, CA, argued for all defendants-appellees. Defendants-appellees Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. also represented by ERIK RYAN FUEHRER, AARON WAINSCOAT; STANLEY JOSEPH PANIKOWSKI, III, ROBERT CHEN WILLIAMS, San Diego, CA; JAMES MARTIN HEINTZ, Reston, VA.

TIMOTHY C. BICKHAM, Steptoe & Johnson, LLP, Washington, DC, for defendants-appellees Huawei Technologies Co., Ltd., Futurewei Technologies, Inc., Huawei Device Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA Inc. Also represented by MICHAEL ELI FLYNN-O'BRIEN, San Francisco, CA.

CHARLES M. MCMAHON, McDermott Will & Emery LLP, Chicago, IL, for defendants-appellees ZTE Corporation, ZTE USA, Inc. Also represented by BRIAN ANDREW JONES; JAY REIZISS, Washington, DC.

CHRISTIAN A. CHU, Fish & Richardson PC, Washington, DC, for defendants-appellees LG Electronics, Inc., LG Electronics U.S.A., Inc. Also represented by JOSEPH B. WARDEN, Wilmington, DE.

STEPHEN R. SMITH, Cooley LLP, Washington, DC, for defendants-appellees Nintendo Co., Ltd., Nintendo of America, Inc. Also represented by MATTHEW J. BRIGHAM, Palo Alto, CA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2019        /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
       Clerk of Court